PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.   Crim. No. 18-CR-20698-01

STROUD, Kevin Raymond

On <u>August 20, 2019</u> the above named was placed on supervised release for a period of <u>three</u> years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/Daniel Ziehmer
United States Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   4th   day of   August  , 2021  .

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge